UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM ARTHUR VANWYCK,

        Plaintiff,

v.                                                                                          Case No. 11-11464
                                                                                            Honorable Denise Page Hood

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date September 28, 2012, this cause of action is **REMANDED** for further administrative proceedings.

Dated at Detroit, Michigan this 28th day of September, 2012.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                            BY:  s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE