**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIAM ARTHUR VANWYCK,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

                                       /

Case No. 11-11464
Honorable Denise Page Hood

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date September 28, 2012, this cause of action is **REMANDED** for further administrative proceedings.

Dated at Detroit, Michigan this 28th day of September, 2012.

                                                  DAVID J. WEAVER
                                                 CLERK OF THE COURT

                                                 BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE